Same case below, 614 F.3d 911.

Same case below, 612 F.3d 424.

**No. 10-7895. Angelo Prisco, Petitioner v. United States.**

562 U.S. 1290, 131 S. Ct. 1677, 179 L. Ed. 2d 622, 2011 U.S. LEXIS 2338.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 920.

**No. 10-7984. Billy Ray Irick, Petitioner v. Ricky Bell, Warden.**

562 U.S. 1290, 131 S. Ct. 1679, 179 L. Ed. 2d 622, 2011 U.S. LEXIS 2244.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7909. Kenneth Dewayne Williams, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1290, 131 S. Ct. 1677, 179 L. Ed. 2d 622, 2011 U.S. LEXIS 2374.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 612 F.3d 941.

**No. 10-8255. Manuel Garcia, Petitioner v. United States.**

562 U.S. 1290, 131 S. Ct. 1679, 179 L. Ed. 2d 622, 2011 U.S. LEXIS 2361.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 389 Fed. Appx. 927.

**No. 10-7912. Natelisha Tennille Jackson, Petitioner v. United States.**

562 U.S. 1290, 131 S. Ct. 1677, 179 L. Ed. 2d 622, 2011 U.S. LEXIS 2275.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 613 F.3d 1305.

**No. 10-8273. Jesus Herrera-Torres, Petitioner v. United States.**

562 U.S. 1290, 131 S. Ct. 1680, 179 L. Ed. 2d 622, 2011 U.S. LEXIS 2404.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 251.

**No. 10-7930. Frederick Treesh, Petitioner v. Margaret Bagley, Warden.**

562 U.S. 1290, 131 S. Ct. 1678, 179 L. Ed. 2d 622, 2011 U.S. LEXIS 2387.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8290. Harold V. Davis, Petitioner v. Ken Kuykendall, et al.**

562 U.S. 1290, 131 S. Ct. 1680, 179 L. Ed. 2d 622, 2011 U.S. LEXIS 2340.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.